Argued and submitted March 3, decisions of the Department of Corrections, the
Corrections Facility Siting Authority, and the Governor affirmed March 19, 1998

John R. WEBB,
Lynn Ogen, the John R. Webb Family Trust,
James Little, Lyna Little, the Lyna Little Trust,
Billy Cooper, Betty Cooper, Deborah Phillips,
Harold Wickersham,
Bernard J. Stormberg, Dolores P. Stormberg,
The Citizens Group, Peggie Foy,
Elaine Killen, Bruce Killen,
Steve Arnold, Gretchen Arnold,
and John L. Traynor, MD,
*Petitioners,*

*v.*

DEPARTMENT OF CORRECTIONS,
Corrections Facility Siting Authority
and John A. Kitzhaber,
*Respondents.*

(SC S44330)

952 P2d 59

John R. Huttl, of Frohnmayer, Deatherage, Pratt, Jamieson & Clarke, Medford, argued the cause and filed the briefs for petitioners.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause and filed the brief for respondents. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

This is a case of direct review of decisions by the Corrections Facility Siting Authority and the Governor to approve, and by the Department of Corrections to site, a prison at Stimpson Gulch in Jackson County.[1] Petitioners own property in the vicinity of the proposed site. They challenge the siting decisions, raising several statutory and constitutional issues. We have considered all of petitioners' challenges, but conclude that they either are controlled by this court's decision in *City of Wilsonville v. Dept. of Corrections,* 326 Or 152, 951 P2d 128 (1997), or otherwise are not well taken.

The decisions of the Department of Corrections, the Corrections Facility Siting Authority, and the Governor are affirmed.

---

[1] *See* ORS 421.611 to 421.630 (setting out siting process and authorizing Supreme Court review of siting decisions).